# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-77 MJD/SRN |
| **Plaintiff,** | |
| v. | **ORDER** |
| Zachary Thomas Welch (01), Andrew Lee Stichmann (02), Adam Joseph Nelson (03) and Gerald Traczyk, Jr. (04), | |
| **Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 24, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Andrew Lee Stichmann's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 39) is **DENIED**.

2. Defendant Zachary Thomas Welch's Motion to Suppress Physical Evidence (Doc. No. 51) is **DENIED**.

DATED: May 10, 2007.

                                                 s/Michael J. Davis
                                                 Judge Michael J. Davis
                                                 United States District Court Judge